Núm. 8610.—Arias, aplte. *v.* Buscaglia, Tesorero, apldo.—C. D. San Juan. *Mandamus.* Abril 7, 1943.

Por los motivos consignados en la opinión emitida en el día de hoy en el caso Civil Núm. 8613, *Ernesto Cruz Andréu, peticionario apelante,* v. *Rafael Buscaglia, Tesorero de Puerto Rico, y Patrick J. Fitzsimmons, Auditor de Puerto Rico, querellados apelados,* (ante, pág.

737), sobre *Mandamus,* se revoca la sentencia apelada que dictó la Corte de Distrito de San Juan el día 9 de julio de 1942, y en su lugar se dicta otra ordenando, como por la presente se ordena, al querellado apelado Tesorero de Puerto Rico para que autorice, apruebe y tramite en la forma ordinaria y corriente la nómina necesaria para el pago al demandante Carlos Juan Arias de su sueldo como Inspector de Contribución Sobre Ingresos del Departamento de Hacienda, correspondiente a los meses de febrero y marzo de 1942.

El Juez Asociado Sr. De Jesús se inhibió.